**01–238. Alihassan v. Alliance Bd. of Zoning Appeals.**
Stark App. No. 1999CA00402.
MOYER, C.J., RESNICK and COOK, JJ., dissent.

**01–250. Armco, Inc. v. United Steel Workers of Am., AFL–CIO–CLC.**
Richland App. No. 00CA57.
F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., dissent.

**01–265. OHA: The Assn. for Hosp. & Health Sys. v. Ohio Dept. of Human Serv.**
Franklin App. No. 99AP–614.
RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**01–270. Green Local School Dist. Bd. of Edn. v. Ohio Assn. of Pub. School Emp., Local 274.**
Summit App. No. 19931.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**01–285. Crawley–Kinley v. Price.**
Hamilton App. No. C–000110.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**01–333. State v. Thompson.**
Ashtabula App. No. 99–A–0070. On discretionary appeal and motion for admission *pro hac vice* of Heather C. Sawyer by Marie Lane. Appeal allowed and motion granted.
F.E. SWEENEY and PFEIFER, JJ., dissent.